IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HENRY E. COSEY, #637205 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv241 |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER OF DISMISSAL</u>

Petitioner Henry E. Cosey, a prisoner confined at the Coffield Unit within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se* and *in forma pauperis*, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. The petition was referred to United States Magistrate Judge, the Honorable K. Nicole Mitchell, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On September 11, 2020, Judge Mitchell issued a Report, (Dkt. #29), recommending that Petitioner's federal habeas petition be denied with prejudice. Judge Mitchell also recommended that Petitioner be denied a certificate of appealability *sua sponte*. A copy of this Report was sent to Petitioner at his address with an acknowledgment card. However, to date, no objections to the Report have been filed.

Because objections to Judge Mitchell's Report have not been filed, Petitioner is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The court has reviewed the pleadings in this cause and the Report of the magistrate judge. Upon such review, the court has determined that the Report of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (holding that where no objections to a magistrate judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #29), is **ADOPTED** as the opinion of the court. Further, it is

**ORDERED** that Petitioner's federal habeas petition is hereby **DENIED** with prejudice. Moreover, it is

**ORDERED** that Petitioner is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED** as **MOOT**.

**SIGNED** this the 20th day of October, 2020.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE